| | | |
|---|---|---|
| CITY OF PLAQUEMINE, individually and on behalf of those similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | 3:23-CV-111-DCLC-DCP |
| v. | ) ) | |
| TEAM HEALTH HOLDINGS, INC., et al., | ) ) | |
| Defendants. | ) | |

# JUDGMENT

This case came before the Court on Plaintiff City of Plaquemine's (the "City") Motion for Voluntary Dismissal Without Prejudice Under Rule 41 [Doc. 169]. For the reasons stated in the accompanying Memorandum Opinion and Order, the City's motion for voluntary dismissal is **GRANTED**. Accordingly, the Clerk is **DIRECTED** to close this case.

**SO ORDERED:**

s/Clifton L. Corker<br>
United States District Judge

ENTERED AS A JUDGMENT:

s/ LeAnna Wilson
Clerk of Court